**Michael A. DUNCAN, Plaintiff–Appellant,**

v.

**Doctor SHERMAN, Jail Dentist, Defendant–Appellee.**

Michael A. Duncan, Plaintiff–
Appellant,

v.

Doctor Sherman, Jail Dentist,
Defendant–Appellee.

Nos. 03–6231, 03–6351.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 4, 2003.

Michael A. Duncan, Appellant Pro Se.

Before WILKINSON, MICHAEL, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM:

Michael A. Duncan appeals the district
court's orders denying relief on his 42
U.S.C. § 1983 (2000) complaint under 28
U.S.C. § 1915A(b) (2000) and denying his
motion to amend. We have reviewed the
record and find that these appeals are
frivolous. Accordingly, we dismiss the ap-
peals on the reasoning of the district court.
*See Duncan v. Sherman,* No. CA 02 1869
AM (E.D. Va. filed Jan. 21, 2003 & entered
Jan. 22, 2003; filed Feb. 12, 2003 & en-
tered Feb. 13, 2003). We deny Duncan's
motion to appoint counsel and dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*